No. 6,049.—STATE EX REL. MECHANICS' & METALS NATIONAL BANK OF NEW YORK, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of prohibition directed against the District Court of the Fifteenth Judicial District in and for the County of Rosebud, and G. J. Jeffries, Judge thereof, to restrain respondents from hearing a petition filed in the District Court of said county by the receiver of the Bank of Com-

merce of Forsyth for the cancellation of a certain receiver's certificate.

Decided October 16, 1926.

PER CURIAM.—It appearing from the return of the respondents filed this date that the matter set forth in the application of relator has become moot, the proceeding is dismissed.

*Mr. I. S. Crawford, Mr. George W. Farr* and *Frank M. Patterson,* the latter of the Bar of New York City, New York, for Relator.

*Messrs. Loud & Leavitt* and *Mr. Donald Campbell,* for Respondents.